

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00204-CV

**ROMA INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Noelia M. **GUILLEN**, Raul Moreno, Dagoberto Salinas, and Tony Saenz,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-13-64
David Wellington Chew, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Roma Independent School District bear all costs of this appeal and that appellees, Noelia M. Guillen, Raul Moreno, Dagoberto Salinas, and Tony Saenz, recover their costs of this appeal from appellant.

SIGNED June 26, 2013.

_____
Luz Elena D. Chapa, Justice